UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JOHN P. ALBERS                                                            PLAINTIFF

v.                                                       CIVIL ACTION NO. 3:10CV-P392-M

UNKNOWN STATE AND FEDERAL AGENTS
OF GOVERNMENTAL SERVICE                                   DEFENDANTS

**MEMORANDUM OPINION**

Plaintiff John P. Albers filed a *pro se* civil complaint pursuant to 42 U.S.C. § 1983 against "Unknown State and Federal Agents In 'Official Capacity' of Governmental (Public Service) Service Under of Color of Law." He also paid the $350.00 filing fee.

By Order entered February 10, 2011, the Court provided Plaintiff with 120 days from the date of the Order within which to move to amend his complaint to name specific Defendants or show good cause for his failure to do so (DN 11). The Court warned Plaintiff that his failure to comply could result in dismissal of this action.

The 120-day period expired on June 10, 2011, and a review of the docket sheet reveals that Plaintiff has failed to comply. Accordingly, by separate Order, the Court will dismiss this action pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and for failure to comply with a prior Order of this Court.

Date:

cc:      Plaintiff, *pro se*
4414.005